UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAME ASARE and HAYDEE Campos, on behalf of themselves and on behalf of all other similarly-situated persons,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE CHANGE GROUP NEW YORK, INC.,<br><br>　　　　　　　Defendant. | Index No. 12 CV 3371 (CM)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE ENTER the appearance of Gregg Brochin of Davis & Gilbert LLP as counsel in this case for all defendants.

Dated:  June 8, 2012
　　　　New York, New York

DAVIS & GILBERT LLP

By: _____
　　　Gregg Brochin

1740 Broadway
New York, NY 10019
nedwards@dglaw.com
(212) 468-4800

*Attorneys for Defendant*