UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAME ASARE and HAYDEE Campos, on behalf of themselves and on behalf of all other similarly-situated persons,<br><br>                  Plaintiffs,<br><br>   v.<br><br>THE CHANGE GROUP NEW YORK, INC.,<br><br>                  Defendant. | Index No. 12 CV 3371 (CM)<br><br>**THE CHANGE GROUP NEW YORK'S RULE 7.1 <u>DISCLOSURE STATEMENT</u>** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant The Change Group New York, Inc. certifies that no publicly held corporation owns 10% or more of Defendant The Change Group New York, Inc.'s stock.

Dated: New York, New York
June 7, 2012

                                            DAVIS & GILBERT LLP

                                            By: _____
                                            Gregg Brochin
                                            1740 Broadway
                                            New York, NY 10019
                                            (212) 468-4800
                                            gbrochin@dglaw.com

                                            *Attorneys for Defendant*