UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
KWAME ASARE and HAYDEE CAMPOS,  :
on behalf of themselves and on behalf  :
of all other similarly-situated persons,  :    Civil Action No. 12 CV 3371 (CM)
                                          Plaintiffs,  :
                                                     :    **NOTICE OF MOTION**
                v.  :
THE CHANGE GROUP NEW YORK, INC.,  :
                                          Defendant.  :
------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that the undersigned will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, before the Honorable Colleen McMahon, on a date and at a time to be determined by the Court for an Order: (1) preliminarily approving the proposed settlement; (2) certifying the settlement class; (3) appointing Plaintiffs' counsel as class counsel; and (4) approving the proposed notice of settlement and release, and claim form.

      A Memorandum of Law in Support of Motion for Preliminary Approval, and the Declaration of David E. Gottlieb and the exhibits attached thereto, are submitted herewith.

Dated: November 27, 2012
       New York, New York

Respectfully submitted,

THOMPSON WIGDOR LLP

By: _____
Douglas H. Wigdor
David E. Gottlieb

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@thompsonwigdor.com
dgottlieb@thompsonwigdor.com
*Attorneys for Plaintiffs*