UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KWAME ASARE and HAYDEE CAMPOS,
on behalf of themselves and on behalf
of all other similarly-situated persons,

                       Civil Action No. 12 CV 3371 (CM)

                Plaintiffs,

                       **DECLARATION OF**
      v.                       **DAVID E. GOTTLIEB**

THE CHANGE GROUP NEW YORK, INC.,

                Defendant.
------------------------------------------------------------------x

      I, David E. Gottlieb, pursuant to 28 U.S.C. § 1746, declare and state as follows:

      1.    I am an attorney duly admitted to practice law in the Southern District of New York and am associated with the law firm of Thompson Wigdor LLP, attorneys for Plaintiffs Kwame Asare and Haydee Campos in the above-captioned matter.

      2.    A true and accurate copy of the Settlement Agreement And Release is attached hereto as **Exhibit A**.

      3.    A true and accurate copy of the proposed Order Preliminarily Approving The Proposed Settlement, For Certification Of The Settlement Class, For Appointment Of Plaintiffs' Counsel As Class Counsel, And For Approval Of Plaintiffs' Proposed Notice Of Settlement And Release And Claim Form is attached hereto as **Exhibit B**.

      4.    A true and accurate copy of the proposed Notice Of Proposed Class Action Settlement is attached hereto as **Exhibit C**.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 27, 2012
       New York, New York

                                                  _____
                                                  David E. Gottlieb